DODGE and others, Respondents, v. JUNEAU COUNTY SCHOOL COMMITTEE and another, Defendants: JOINT SCHOOL DISTRICT No. 1, CITY OF NEW LISBON, and others, Appellants.

*October 8—November 3, 1959.*

For the appellants there were briefs by *C. E. Macomber* of New Lisbon, and *Lehner & Lehner* of Princeton, and oral argument by *Mr. Philip Lehner, Sr.,* and *Mr. Macomber.*

For the respondents there was a brief by *Curran & Curran* of Mauston, joined in by *William J. Gleiss,* district attorney of Monroe county, for the Monroe County School Committee, and *Roland W. Veith,* district attorney of Juneau county, for the Juneau County School Committee, and oral argument by *Mr. Charles P. Curran* and *Mr. Veith.*

DIETERICH, J.   The only issue before this court is whether the order denying the petition to vacate the judgment and right to intervene should be reversed. The order of the Joint County School Committee of Monroe and Juneau counties of April 29, 1958, was based upon a petition filed by the intervenors and taxpayers and hearing held. The pleadings before the trial court presented all of the issues and the intervenors and taxpayers had a right to rely

upon the answer filed by the Joint County School Committee.

The stipulation changed the status of the taxpayers and intervening petitioners and their application for intervention having been timely made, the denial by the trial court to permit them to intervene upon the facts of this case constituted an abuse of discretion.

See *State ex rel. Oelke v. Doepke* (1952), 260 Wis. 493, 51 N. W. (2d) 10; *Joint School Dist. v. Waupaca, etc., County S. Comm.* (1955), 271 Wis. 100, 72 N. W. (2d) 909; and *Joint School Dist. v. Sosalla* (1958), 3 Wis. (2d) 410, 88 N. W. (2d) 357.

*By the Court.*—Order reversed, with instructions to vacate the judgment and permit the petitioners to intervene.